IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Top Brand LLC, et al., ) | No.  CV-21-00597-PHX-SPL |
| ) | |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| ) | |
| Cozy Comfort Company LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court are Defendants Cozy Comfort, LLC, Brian Speciale, and Michael Speciale's Motion to Withdraw as Counsel (Doc. 50).  Having considered this request,

**IT IS ORDERED** that the Motion to Withdraw (Doc. 50) is **granted**.

**IT IS FURTHER ORDERED** that the law firm of Quarles & Brady LLP and attorney Christian G. Stahl, are withdrawn as counsel for Defendants Cozy Comfort, LLC, Brian Speciale, and Michael Speciale in this action.

**IT IS FURTHER ORDERED** that Defendants Cozy Comfort, LLC, Brian Speciale, and Michael Speciale shall remain represented by Messner Reeves LLP and attorney Gregory P. Sitrick.

Dated this 28th day of April, 2021.

Honorable Steven P. Logan
United States District Judge