1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**

8  Top Brand, LLC, et al.,                      )    No.  CV-21-00597-PHX-SPL
9                                               )
10                          Plaintiffs,         )    **ORDER**
                                                )
   vs.                                          )
11                                              )
12 Cozy Comfort Company, LLC, et al.,           )
                                                )
13                          Defendants.         )
                                                )
14 _____ )

15       Before the Court is the parties' Joint Motion for Entry of Amended Judgment (Doc.
16 435). Pursuant to Fed. R. Civ. P. 58(a), the Clerk of Court shall set out in a separate
17 document a reflection of the Court's previous amended judgment. (Doc. 429).

18       **IT IS ORDERED** that the Joint Motion for Entry of Amended Judgment (Doc. 435)
19 is **granted**.

20       **IT IS FURTHER ORDERED** that the Clerk shall enter an Amended Judgement
21 to reflect the Court's July 1, 2024 Order (Doc. 429) awarding Defendants Pre-judgment
22 and Post-judgment interest. Specifically the jury's damage award for Claims I, II(1), (2),
23 (4), (5), (6), (7), (8), and IV shall be increased by $2,966,415.51 to a total amount of
24 $18,361,394.51 to reflect prejudgment interest on these claims.

25       Dated this 29th day of July, 2024.

26
27                                      _____
                                        Honorable Steven P. Logan
28