1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    Top Brand, LLC, et al.,

         NO. CV-21-00597-PHX-SPL

10            Plaintiffs,

11    v.

      **SECOND AMENDED JUDGMENT IN A CIVIL CASE**

12    Cozy Comfort Company, LLC, et al.,

13           Defendants.

14

15

16       Jury Verdict. This action came before the Court for a trial by jury. The issues

17 have been tried and the jury has rendered its verdict.

18       IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders filed June

19 5, 2024, and July 1, 2024, judgment is entered in favor of Defendants and against Plaintiffs

20 as to Claim I, Claim II(1), (2), (4), (5), (6), (7), and (8) in the amount of $15,394,978.00,

21 Claim III, Claim IV in the amount of $1.00, Claim V (1-10), Claim VII(A)(1-3), Claim

22 VIII, Claim IX in the amount of $1,539,497.80, Claim X, Claim IX in the amount of

23 $1,539,497.80, and Claim XIV(A-C).  The jury's damage award for Claims I, II(1), (2),

24 (4), (5), (6), (7), (8), and IV is increased by $2,966,415.51 for a total amount of

25 $18,361,394.51 to reflect prejudgment interest on these claims.

26       Judgment is entered in favor of Defendants Brian Speciale and Michael Speciale as

27 to Claim VI(A)(2) and IV(A)(3).

28

Judgment is entered in favor of Plaintiffs and against Defendant Cozy Comfort Company as to Claims VI(A)(1) and VI(B)(1) and Claim XII.

Debra D. Lucas
District Court Executive/Clerk of Court

July 30, 2024

By      s/ K. Gray
Deputy Clerk