Eric M. Fraser, 027241
Phillip W. Londen, 032488
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com
plonden@omlaw.com

Gregory A. Castanias (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3639
gcastanias@jonesday.com

John C. Evans (*pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7126
jcevans@jonesday.com

Attorneys for Plaintiffs/Counterclaim-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Top Brand LLC, Sky Creations, LLC, E Star LLC, and Flying Star LLC, and John Ngan, <br><br> Plaintiffs, <br><br> v. <br><br> Cozy Comfort Company LLC, Brian Speciale, and Michael Speciale, <br><br> Defendants. | No. CV-21-00597-PHX-SPL <br><br> **SUGGESTION OF BANKRUPTCY** |
| Cozy Comfort Company LLC, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> Top Brand LLC, Sky Creations, LLC, E Star LLC, and Flying Star LLC, John Ngan, XYZ Corporations, John Does, and Jane Does, <br><br> Counterclaim-Defendants. | |

Plaintiffs-Counterdefendants, Top Brand LLC, Sky Creations, LLC, E Star LLC, Flying Star LLC, and John Ngan ("Plaintiffs") notify the Court and other parties as follows:

1. Plaintiffs filed chapter 11 bankruptcy petitions seeking relief under Title 11, United States Code in the United States Bankruptcy Court for the Central District of California.

2. The case numbers are No. 2:25-bk-11380 for Flying Star LLC, No. 2:25-bk-11384 for Sky Creations LLC, No. 2:25-bk-11387 for Top Brand LLC, No. 2:25-bk-11388 for E Star LLC, and No. 2:25-bk-11416 for John Ngan, and the cases were all filed on February 24, 2025.

3. Under 11 U.S.C. § 541, all non-exempt assets of Plaintiffs are incorporated into their respective bankruptcy estates ("Estates"). Under 11 U.S.C. § 362, no creditor may take any action to enforce any claim it may have against the Plaintiffs or against property of the Estates.

4. This is for information purposes only.

DATED this 27th day of February, 2025.

OSBORN MALEDON, P.A.

By  s/ Phillip W. Londen
Eric M. Fraser
Phillip W. Londen
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

JONES DAY
Gregory A. Castanias (*pro hac vice*)
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

JONES DAY
John C. Evans (*pro hac vice*)
901 Lakeside Avenue
Cleveland, Ohio 44114

Attorneys for Plaintiffs/Counterclaim-Defendants