**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Top Brand, LLC, et al., ) <br> ) <br>          Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Cozy Comfort Company, LLC, et al., ) <br> ) <br>          Defendants. ) <br> ) | No. CV-21-00597-PHX-SPL <br><br> **ORDER** |

In accordance with the Federal Circuit Mandate issued on August 25, 2025 (Doc. 460), it is ordered that the judgments entered in favor of Defendants and against Plaintiffs as to Claim II(1), (2), (4), (5), (6), (7), and (8) in the amount of $15,394,978.00, Claim IX in the amount of $1,539,497.80, and Claim XI in the amount of $1,539,497.80 are vacated, and judgment on those claims is entered in favor of Plaintiffs. In light of the Mandate, the Court will also vacate the permanent injunction entered against Mr. John Ngan, his companies, agents, servants, employees, attorneys, and any other person or entity acting in active concert with him or under his direction with notice, issued in the Court's July 1, 2024 Order (Doc. 428).

Further, the Court is in receipt of the Plaintiff's Motion for Attorney Fees, which is now fully briefed and ripe. (Docs. 462, 464, 466). The Motion is under consideration and an order will issue in due course.

//

//

Accordingly,

**IT IS THEREFORE ORDERED** that the Clerk's Second Amended Judgment (Doc. 437) with respect to Claim II(1), (2), (4), (5), (6), (7), and (8), Claim IX, and Claim XI is **vacated**. The Clerk of Court shall issue an amended judgment removing the monetary damages entered against Plaintiffs and entering judgment in favor of Plaintiffs on those claims. The remainder of the clerk's judgment remains unchanged.

**IT IS FURTHER ORDERED vacating** the permanent injunction issued in the Court's July 1, 2024 Order. (Doc. 428).

Dated this 7th day of October, 2025.

Honorable Steven P. Logan
United States District Judge