# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Top Brand LLC, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Cozy Comfort Company LLC, et al.,<br><br>          Defendants. | NO. CV-21-00597-PHX-SPL<br><br>**THIRD AMENDED JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders filed June 5, 2024, July 1, 2024, and October 9, 2025 judgment is entered in favor of Defendants and against Plaintiffs as to Claim I, Claim III, Claim IV, Claim V (1-10), Claim VII(A)(1-3), Claim VIII, Claim X, and Claim XIV(A-C).

Judgment is entered in favor of Plaintiffs as to Claim II(1), (2), (4), (5), (6), (7), and (8), Claim IX, and Claim XI.

Judgment is entered in favor of Defendants Brian Speciale and Michael Speciale as to Claim VI(A)(2) and IV(A)(3).

///
///
///
///

Judgment is entered in favor of Plaintiffs and against Defendant Cozy Comfort Company as to Claims VI(A)(1) and VI(B)(1) and Claim XII.

Debra D. Lucas
District Court Executive/Clerk of Court

October 9, 2025

By    s/ K. Gray
      Deputy Clerk